| | | |
|---|---|---|
| JENNA HUMPHERY, and | ) | |
| JEREMY HUMPHERY | ) | |
|     Plaintiffs, | ) | |
| | ) | |
| V. | ) | No. 3:19-cv-00669 |
| | ) | |
| | ) | |
| HART XPRESS, INC. and | ) | MAGISTRATE JUDGE BROWN |
| GARVIS GENE DIXON | ) | |
|     Defendants. | ) | |

## ORDER  DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the parties, through their respective counsel, have stipulate to the dismissal of this action with prejudice, each party to bear its own costs and expenses (DE 12). Accordingly, this action is **DISMISSED WITH PREJUDICE**, and the Clerk is directed to close the file. Any pending Motions are **DENIED** as **MOOT**. This Order shall constitute the final judgment in this case pursuant to Federal Rule of Civil Procedure 58.

/S/Joe B. Brown

Joe B. Brown

U.S. Magistrate Judge